ACCEPTED
03-14-00418-CV
3864632
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/22/2015 2:41:52 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00418-CV

## IN THE THIRD COURT OF APPEALS

### at Austin

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/22/2015 2:41:52 PM
JEFFREY D. KYLE
Clerk

## KEITH H. LAMY AND KEITH H. LAMY, M.D., P.A.
**Appellants,**

## V.

## JOHN HANCOCK LIFE & HEALTH INSURANCE COMPANY
**Appellee.**

### Appealed from the 126th Judicial District Court
### of Travis County, Texas

## NOTICE OF CHANGE OF FIRM ADDRESS

Notice is hereby given of the following change of law firm address for counsel of record

for John Hancock Life & Health Insurance Company effective January 12, 2015.

William S. Rhea
brhea@dbcllp.com
DuBois Bryant & Campbell, LLP
303 Colorado Street, Suite 2300
Austin, Texas 78701
Telephone: 512-457-8000
Facsimile: 512-457-8008

Reespectfully submitted,

**DUBOIS, BRYANT & CAMPBELL, L.L.P.**
303 Colorado Street, Suite 2300
Austin, Texas 78701
Telephone: (512) 457-8000
Facsimile: (512) 457-8008

By: _____
William S. Rhea
State Bar No. 16807100
brhea@dbcllp.com

ATTORNEY FOR JOHN HANCOCK
LIFE & HEALTH INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, *Notice of Change of Firm Address,* has been served by facsimile and electronic means upon the following on this _____ day of January, 2015:

Alan B. Rich
arich@alanrichlaw.com
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Fax; 214.744.

_____
William S. Rhea